IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| LUIS ANGEL UGARTE VARGAS, | * | |
| Plaintiff, | * | |
| v. | * | CV 124-175 |
| PCS NITROGEN, INC., et al., | * | |
| Defendants. | * | |

O R D E R

Before the Court is the Parties' stipulation of dismissal without prejudice of Defendants Airgas USA, LLC and Air Liquide Large Industries, U.S., LP. (Doc. 25.) All Parties signed the stipulation. (Id. at 2-3.) The Court finds dismissal proper under Federal Rule of Civil Procedure 41(a). See Transcendent Mktg. & Dev. LLC v. C & C Prop. Invs., LLC, No. CV423-318, 2024 WL 329526, at *2 n.2 (S.D. Ga. Jan. 29, 2024) ("a plaintiff can dismiss one defendant under Rule 41(a) 'even though the action against another defendant would remain pending'") (quoting Sanchez v. Disc. Rock & Sand, Inc., 84 F.4th 1283, 1292 (11th Cir. 2023)).

IT IS THEREFORE ORDERED that the claims in this matter against Defendants Airgas USA, LLC and Air Liquide Large Industries, U.S., LP are **DISMISSED WITHOUT PREJUDICE**, with each party to bear its own costs and fees unless otherwise agreed. This case remains pending against the other named Defendants.

**ORDER ENTERED** at Augusta, Georgia, this 3rd day of January, 2025.

```
_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA
```